Filed 4/19/21  Marriage of Cunningham CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| In re Marriage of JENNIFER and JOHN PAUL CUNNINGHAM. | 2d Civil No. B306381 (Super. Ct. No. D372438) (Ventura County) |
| JENNIFER CUNNINGHAM, Appellant, v. JOHN PAUL CUNNINGHAM, Respondent. | |

Jennifer Cunningham purports to appeal from the trial court's postjudgment order denying her request to modify a child custody agreement.  The court's order was filed on February 19, 2020, and was served on the parties that day.  Cunningham filed her notice of appeal on June 22.

Cunningham's notice of appeal was due on April 20. (Cal. Rules of Court, rule 8.104.) But that deadline was extended by emergency orders:

On March 20, the Chief Justice of the California Supreme Court, Tani G. Cantil-Sakauye, issued an order authorizing the Administrative Presiding Justice of the Second District Court of Appeal, Elwood Lui, to extend, by 30 days, the time to do any act required or permitted under the California Rules of Court. (See Cal. Rules of Court, rule 8.66.) On April 9, Justice Lui issued an order implementing the Chief Justice's order: "All time periods specified by the California Rules of Court, including but not limited to the time to do any act required or permitted under the California Rules of Court, that occur during the time period between March 20, 2020, through and including April 19, 2020, are hereby extended for 30 days from the date of the specified event."

On April 15, Chief Justice Cantil-Sakauye issued an order authorizing Justice Lui to renew his April 9 order for an additional 30 days. He did so the same day: "All time periods specified by the California Rules of Court that occur during the time period between April 20, 2020, through and including May 18, 2020, are hereby extended for 30 days from the date of the specified event."

On May 11, Chief Justice Cantil-Sakauye issued an order authorizing the Ventura County Superior Court to "[d]eclare that from May 13, 2020, to June 9, 2020, inclusive, be deemed holidays for purposes of computing the time for filing papers with the court under Code of Civil Procedure sections 12 and 12a." The court implemented the Chief Justice's order that day.

2

Pursuant to the orders issued on March 20, April 9, and April 15, the last day for Cunningham to file her notice of appeal was extended from April 20 to May 20. Pursuant to the orders issued on May 11, May 20 was a holiday in the Ventura County Superior Court. The next day that was not a holiday was June 10. Cunningham's notice was due then. (Code Civ. Proc., § 12a, subd. (a).) Because it was filed 12 days later, we lack jurisdiction to consider her appeal. (*Maynard v. Brandon* (2005) 36 Cal.4th 364, 372-373.)

DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED.

TANGEMAN, J.

We concur:

GILBERT, P. J.

YEGAN, J.

John R. Smiley, Judge

Superior Court County of Ventura

_____

Jennifer Cunningham, in pro. per., for Appellant.
No appearance for Respondent.